# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| COMPOSITE CONSTRUCTION SYSTEMS, INC., a Georgia corp., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES SURETY CO., a Maryland corp.; FEDERAL INSURANCE COMPANY, an Indiana corp.; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corp., and BRASFIELD & GORRIE, LLC, a Delaware corp., <br><br> Defendants, <br><br> and <br><br> FEDERAL INSURANCE COMPANY, an Indiana corp.; and TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corp., <br><br> Third-Party Plaintiffs, <br><br> v. <br><br> INTERNATIONAL FIDELITY INSURANCE COMPANY, a New Jersey corp., <br><br> Third-Party Defendant. | CIVIL ACTION FILE NO.: 1:12-CV-0530-AT |

**INTERNATIONAL FIDELITY INSURANCE COMPANY'S
ANSWER TO CROSS-CLAIM OF INTERVENOR DEFENDANT
<u>BRASFIELD & GORRIE, LLC</u>**

International Fidelity Insurance Company ("IFIC"), by and through undersigned counsel, answers Brasfield & Gorrie, LLC's ("B&G") cross-claims and responds to the correspondingly-numbered paragraphs therein as follows:

## PARTIES, JURISDICTION, AND VENUE

1. Without knowledge, therefore denied.

2. IFIC admits that it is a foreign surety with principal offices in New Jersey, otherwise denied.

3. Admitted for jurisdictional purposes otherwise denied.

4. Without knowledge, therefore denied.

5. Without knowledge, therefore denied.

## GENERAL ALLEGATIONS

6. Without knowledge, therefore denied.

7. Without knowledge, therefore denied.

8. IFIC admits that purchase order at issue speaks for itself, otherwise denied.

9. IFIC admits that the bond at issue speaks for itself, otherwise denied.

10. On information and belief, admitted.

11. On information and belief, admitted.

12. On information and belief, admitted.

13. Without knowledge, therefore denied.

14. Without knowledge, therefore denied.

15. Admitted that the Complaint speaks for itself, otherwise denied.

16. Admitted as to the demand being made, but denied as to liability or that notice was provided for all claims demanded.

## COUNT ONE – BREACH OF CONTRACT

17. IFIC incorporates herein by reference its responses to the allegations contained in Paragraphs 1 through 16 as though restated in full.

18. IFIC admits that the bond at issue speaks for itself, otherwise denied.

19. Without knowledge, therefore denied.

20. Denied.

21. Denied.

22. Denied.

23. Denied.

24. Denied.

25. Denied.

## COUNT TWO – COMMON LAW INDEMNITY

26. IFIC incorporates herein by reference its responses to the allegations contained in Paragraphs 1 through 25 as though restated in full.

27. Admitted.

28. Denied.

29. Denied as to all subparts.

IFIC denies any allegations of the Cross-claim not admitted herein.

## AFFIRMATIVE DEFENSES

### FIRST DEFENSE

Recovery, if any, against IFIC is strictly limited to the penal sum of the bond at issue.

### SECOND DEFENSE

IFIC is not liable for some or all of the claims raised in the cross-claim to the extent that are barred because it failed to meet conditions precedent to seeking such relief, including but not limited to the statutory and other notice requirements applicable in this dispute.

### THIRD DEFENSE

IFIC cannot be liable for any claims not covered under the bond at issue.

### FOURTH DEFENSE

IFIC reserves the right to avail itself of any affirmative defenses pled by any other party to this action.

Dated this 3rd day of May, 2012.

Respectfully submitted,
MILLS PASKERT DIVERS

/s/ P. Keith Lichtman
P. Keith Lichtman, Esq.
Georgia Bar No. 521321
klichtman@mpdlegal.com
Richard Storrs, Esq.
Georgia Bar No. 685575
rstorrs@mpdlegal.com
1355 Peachtree Street, N.E., Suite 1550
Atlanta, Georgia 30309
(404) 870-8200 Telephone
(404) 870-3080 Facsimile

*Counsel for International Fidelity Insurance Company*

## LOCAL RULE FONT CERTIFICATE

This document uses Times New Roman 14-point type, which is permitted under the Local Rules.

## ELECTRONIC CERTIFICATE OF SERVICE

I CERTIFY that on May 3, 2012 I electronically filed *International Fidelity Insurance Company's Answer To Cross-Claim of Intervenor Defendant Brasfield & Gorrie, LLC* using the Court's CM/ECF system, which will automatically send notification(s) to counsel of record in this matter.

/s/ P. Keith Lichtman, Esq.
Attorney