## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **COMPOSITE CONSTRUCTION SYSTEMS, INC.**, a Georgia corp., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| **UNITED STATES SURETY CO.**, a Maryland corp.; **FEDERAL INSURANCE COMPANY**, an Indiana corp.; and **TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA**, a Connecticut corp., | ) ) ) ) ) ) ) ) |
| Defendants; | ) ) |
| and | ) ) |
| **FEDERAL INSURANCE COMPANY**, an Indiana corp.; and **TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA**, a Connecticut corp., | ) ) ) ) ) ) |
| Third-Party Plaintiffs, | ) ) |
| v. | ) ) |
| **INTERNATIONAL FIDELITY INSURANCE COMPANY**, a New Jersey corp., | ) ) ) ) |
| Third-Party Defendant. | ) |

**CIVIL ACTION FILE NO.**

**1:12-CV-0530-AT**

## JOINT MOTION TO EXTEND DISCOVERY

The parties jointly move the Court for a 47-day extension of the deadline for discovery and related deadlines and show the Court as follows:

The parties submitted their joint preliminary planning report on April 12, 2012. In that planning report, the parties requested and the Court granted a period of time for voluntary exchange of information and attempts to negotiate settlement before formal discovery would begin. That period has produced progress and important information and documents exchanged, so that the parties now have agreed to engage in mediation before George C. Reid, Esq. on September 17, 2012.

To facilitate the chances of settlement, the parties will continue exchanging information and documents prior to mediation but wish to postpone any formal discovery to conserve expense. If the mediation does not result in settlement, the parties will need 60 days to complete discovery. Therefore, the parties jointly pray that the Court extend discovery through November 16, 2012, and all related deadlines accordingly, as provided in the accompanying proposed order.

**RESPECTFULLY SUBMITTED,**

*/s/ Gregory R. Veal*
Gregory R. Veal
State Bar No. 726615
Attorney for US Surety

BOVIS, KYLE & BURCH, LLC
200 Ashford Ctr. N., Ste. 500
Atlanta, Georgia  30338-2668
770/391-9100
fax: 770/668-0878
grv@boviskyle.com

　　　　　　　　　　　　　　　　　　　/s/ John M. Mastin, Jr.
　　　　　　　　　　　　　　　　　　　John M. Mastin, Jr.
　　　　　　　　　　　　　　　　　　　State Bar No. 300123
　　　　　　　　　　　　　　　　　　　Attorney for Composite Construction
　　　　　　　　　　　　　　　　　　　Systems

SMITH, CURRIE & HANCOCK LLP
2700 Marquis One Tower,
245 Peachtree Ctr. Ave., NE
Atlanta, Georgia  30303-1227
404/521-3800
fax: 404/688-0671
jmmastin@smithcurrie.com

　　　　　　　　　　　　　　　　　　　/s/ Robert L. Crewdson
　　　　　　　　　　　　　　　　　　　Robert L. Crewdson
　　　　　　　　　　　　　　　　　　　State Bar No. 196220
　　　　　　　　　　　　　　　　　　　Attorney for Federal Insurance and
　　　　　　　　　　　　　　　　　　　Travelers Casualty and Surety Company

DLA PIPER LLP (US)
1201 W. Peachtree St., Ste. 2800
Atlanta, Georgia  30309-3450
404/736-7827
fax: 404/682-7827
Robert.Crewdson@dlapiper.com

　　　　　　　　　　　　　　　　　　　/s/ P. Keith Lichtman
　　　　　　　　　　　　　　　　　　　P. Keith Lichtman
　　　　　　　　　　　　　　　　　　　State Bar No. 521321
　　　　　　　　　　　　　　　　　　　Attorney for International Fidelity
　　　　　　　　　　　　　　　　　　　Insurance Company

MILLS, PASKERT, DIVERS
1355 Peachtree St., NE, Ste. 1550
Atlanta, Georgia  30309-3450
404/872-8200
fax: 404/870-3080
klichtman@mpdlegal.com

## CERTIFICATE OF SERVICE

I certify that, on this date, I have served the foregoing Joint Motion to Extend Discovery on counsel for all parties through the CM/ECF system, which will send a copy electronically to

>John M. Mastin, Jr., Esq.
>jmmastin@smithcurrie.com
>
>Robert L. Crewdson, Esq.
>Robert.Crewdson@dlapiper.com
>
>P. Keith Lichtman, Esq.
>klichtman@mpdlegal.com

This 14th day of August, 2012.

>/s/ Gregory R. Veal
>Gregory R. Veal
>State Bar No. 726615
>Attorney for US Surety

BOVIS, KYLE & BURCH, LLC
200 Ashford Ctr. N., Ste. 500
Atlanta, Georgia  30338-2668
770/391-9100
fax: 770/668-0878
grv@boviskyle.com

1167197